AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| Edith Fuog | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-00337-WES-LDA |
| CVS Pharmacy, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant CVS Pharmacy, Inc.

Date: 01/25/2023

/s/ Christopher N. Dawson
*Attorney's signature*

Christopher N. Dawson, No. 8508
*Printed name and bar number*

Whelan Corrente & Flanders LLP
100 Westminster Street - Suite 710
Providence, RI 02903
*Address*

cdawson@whelancorrente.com
*E-mail address*

(401) 270-4500
*Telephone number*

(401) 270-3760
*FAX number*