# MCINTYRE ♦ TATE LLP
## COUNSELLORS AT LAW

JERRY L. MCINTYRE ∞
DEBORAH MILLER TATE *Δ
STEPHEN M. PRIGNANO *^
LAURA RUZZO REALE *
RICHARD A. BOREN
NICHOLAS T. HUNT
MARIANNA S. NAVA *

Also member
∞ New York Bar
* Massachusetts Bar
^ Connecticut Bar
Δ Florida Bar

May 30, 2025

Via ECF

Hon. William E. Smith
United States District Court
One Exchange Terrace
Providence, RI 02903

    Re: *Fuog v. CVS Pharmacy, Inc. and Caremark PHC, LLC*
        Civil Action No. 1:20-cv-00337-WES-LDA

Dear Judge Smith:

    This report is submitted in accordance with the Court's Order of May 15, 2025. The parties are in the process of exchanging a draft settlement agreement. The parties expect to conclude the settlement agreement within the next thirty days. Of course, the parties will inform the Court promptly if the agreement is concluded prior to that time.

Respectfully submitted,

*/s/ Stephen M. Prignano*
Stephen M. Prignano

cc: All counsel of record via ECF